# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAUREN CHAMBERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.:** |
| | ) **2:20-CV-1759-RDP** |
| **BBVA USA,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant BBVA, USA and Plaintiff Lauren Chambers hereby jointly stipulate to dismiss this action and all claims against Defendant BBVA, USA, with prejudice, with each party to bear its own cost and attorney's fees.

Respectfully submitted this 21st day of October, 2021.

*/s/ M. Stan Herring, Jr*
M Stan Herring, Jr
WATTS & HERRING LLC
301 19th Street North
Birmingham, AL 35203
205-714-4443
888-522-7167 (fax)
stan@wattsherring.com

*Attorney for Plaintiff Lauren Chambers*

*/s/ Jonathan P. Hoffmann (with permission)*
Jonathan Paul Hoffmann
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL 35201-0306
205-251-8100
205-226-8799 (fax)
jhoffmann@balch.com

*Attorney for Defendant BBVA, USA*