UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAUREN CHAMBERS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:20-CV-1759-RDP |
| } | |
| **BBVA USA,** } | |
| } | |
| Defendant. } | |

### CLERK'S COURT MINUTE ENTRY
### DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. # 12).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

**DATED: October 4, 2021**.

SHARON N. HARRIS, CLERK

By: *[signature]*
Deputy Clerk