UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAUREN CHAMBERS,** | } |
| Plaintiff, | } |
| v. | } Case No.: **2:20-CV-1759-RDP** |
| **BBVA USA,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 12), filed October 4, 2021, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this October 5, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE